UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ALSTON, | No.  2:13-cv-1488 KJM KJN P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO SHERIFF'S DEPARTMENT et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 30, 2015, the magistrate judge filed findings and recommendations which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 30, 2015, are adopted in full;

2. This case shall proceed on plaintiff's deliberate indifference and negligence claims against defendants County of Sacramento, Jones, Fitch, Douglas, Steed, Harrison, Bacoch, Gandhi, Grgich, Carmello, Doe 12, and Doe 13 in connection with their refusal to adhere to his medical "recommendation" or chrono stating he needed to be housed on a lower tier and avoid climbing stairs;

3. Plaintiff's claims under the Americans with Disabilities Act are dismissed for failure to state a claim;

4. The court declines to exercise supplemental jurisdiction over any state law claims except as stated herein; and

5. This matter is referred back to the assigned Magistrate Judge for service of the second amended complaint on defendants as provided herein.

DATED: January 6, 2016

_____
UNITED STATES DISTRICT JUDGE