1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ERIC ALSTON,                              No.  2:13-cv-1488 KJM DB P

12              Plaintiff,

13         v.                                   ORDER

14    COUNTY OF SACRAMENTO
      SHERIFF'S DEPARTMENT, et al.,
15
                Defendants.
16

17

18         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

19    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On February 16, 2017, the magistrate judge filed findings and recommendations, which

22    were served on all parties and which contained notice to all parties that any objections to the

23    findings and recommendations were to be filed within fourteen days.  Neither party has filed

24    objections to the findings and recommendations.

25         The court has reviewed the file and finds the findings and recommendations to be

26    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

27    ORDERED that:

28    ////

                                                  1

1    1.  The findings and recommendations filed February 16, 2017 (ECF No. 25) are adopted

2   in full;

3    2.  The motion to dismiss of defendants Bacoch, Carmello, County of Sacramento,

4   Douglas, Gandhi, Grgich, Jones, and Steed (ECF No. 17) is granted in part and denied in part as

5   follows:

6         a. The claims against defendants in their official capacities are dismissed;

7         b. All claims against defendant County of Sacramento are dismissed;

8         c. The claims regarding the creation of, or failure to create, policies, practices and

9   customs, and the claims of failure to train against defendants Jones and Steed are

10   dismissed;

11         d. All claims against defendants Douglas and Bacoch are dismissed; and

12         e. This case will proceed on plaintiff's claims of deliberate indifference and

13   negligence against defendants Jones, Grgich, Steed, Gandhi, and Carmello, as described at

14   pages 10 to 12 of the February 16, 2017 findings and recommendations.

15   DATED:  March 27, 2017

16

17   _____

    UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

2