UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ALSTON, | No. 2:13-cv-1488 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SHERIFF SCOTT JONES, SACRAMENTO COUNTY RIO CONSUMNES CORRECTIONAL CENTER DIVISION COMMANDER CAPTAIN MILO FITCH, PATIENT GRIEVANCE COORDINATOR CORRECTIONAL HEALTH SERVICES KATHRYN GONZALES LVN, LT. DOUGLAS, SGT. STEED, SGT. HARRISON, SGT. BACOCH, DEPUTY OUTMAN, DEPUTY MROZINSKI, DEPUTY TRIPLETT, DEPUTY GANDHI, DEPUTY GRGICH, DEPUTY CARAMELLO, DEPUTY RALSTON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. On August 21, 2017, defendants mistakenly filed their confidential settlement conference statement on the public docket. (ECF No. 31.) On August 25, 2017, defendants filed a request to seal that filing.

1

In evaluating requests to seal, the court starts "'with a strong presumption in favor of access to court records.'" Ctr. for Auto Safety v. Chrysler Grp., LLC, 809 F.3d 1092, 1096 (9th Cir. 2016) (quoting Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1135 (9th Cir. 2003)). "The presumption of access is 'based on the need for federal courts, although independent – indeed, particularly because they are independent – to have a measure of accountability and for the public to have confidence in the administration of justice.'" Id. (quoting United States v. Amodeo, 71 F.3d 1044, 1048 (2d Cir. 1995)). A request to seal material must normally meet the high threshold of showing that "compelling reasons" support secrecy. Id. (citing Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006)). However, where the material is, at most, "tangentially related to the merits of a case," the request to seal may be granted on a showing of "good cause." Id. at 1097-1101.

Here, the material at issue is at most tangentially related to the merits of this case, as the document relates to defendants' settlement position. Moreover, given defendants' error, the undersigned finds good cause to grant defendants' request to seal.

Accordingly, for the reasons stated above, IT IS HEREBY ORDERED that:

1. Defendants' August 25, 2017 request to seal (ECF No. 32) is granted; and
2. The Clerk of the Court shall file defendants' confidential settlement conference statement (ECF No. 31) under seal.

Dated: August 29, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.prisoner.civilrights/alston1488.seal.grt.ord